UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                               CASE NO. 8:12-CR-410-T-30EAJ

DEBRA ROSE PLAISANCE

**MOTION BY THE UNITED STATES FOR
DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE
BASED UPON SUBSTANTIAL ASSISTANCE**

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines, Title 18, United States Code, Section 3553(e), and Rule 35 of the Federal Rules of Criminal Procedure, the United States moves this Court to grant a 3-level reduction in the defendant's offense level, and in support thereof states as follows:

**MEMORANDUM OF LAW**

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance. USSG §5K1.1. Here, defendant provided truthful and timely information to the United States which assisted law enforcement in successfully arresting and prosecuting other individuals, ultimately leading to guilty pleas.

The United States believes that, because of her efforts on behalf of the United States, defendant Plaisance should receive a 3-level reduction in her offense level for her assistance.

## **CONCLUSION**

For the foregoing reasons, this Court should grant the government's motion for downward departure of defendant's sentence.

                                      Respectfully submitted,

                                      ROBERT E. O'NEILL
                                      United States Attorney

By:   *s/ Matthew Jackson*
       MATTHEW JACKSON
       Assistant United States Attorney
       AUSA NO. 126
       400 North Tampa Street, Suite 3200
       Tampa, Florida  33602
       Telephone:   (813) 301-3083
       Facsimile:    (813) 274-6125
       E-mail:       matt.jackson@usdoj.gov

**U.S. v. PLAISANCE**   Case No. 8:12-CR-410-T-30EAJ

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the counsel of record.

*s/ Matthew Jackson*
MATTHEW JACKSON
Assistant United States Attorney
AUSA NO. 126
400 North Tampa Street, Suite 3200
Tampa, Florida  33602
Telephone:   (813) 301-3083
Facsimile:   (813) 274-6125
E-mail:   matt.jackson@usdoj.gov