UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:12-CR-410-T-30EAJ

UNITED STATES OF AMERICA,
v.

JAMES SCOTT AMIDON and
DEBRA ROSE PLAISANCE,
_____/

## DEFENDANT'S MOTION TO REQUEST CHANGE OF RECOMMENDATION TO THE BUREAU OF PRISONS

**COMES NOW** the Defendant, DEBRA ROSE PLAISANCE, by and through her the undersigned attorney, and hereby moves this Court for an order for change of confinement post-judgment and in support thereof states as follows:

1. The Defendant was sentenced on May 24, 2013 and ordered to participate in the 500 hour intensive drug treatment program while incarcerated.

2. Based upon the Defendant's request, the Court recommended that Defendant be confined at FPC Alderson (WV) and participate in a program for treatment of narcotic addiction or drug or alcohol dependency.

3. The Defendant's husband has indicated that if Defendant remains in a federal corrections facility in Florida she will be able to see her son on a regular basis and he will make sure that happens. As such, she is requesting the Court change its recommendation to the Federal Bureau of Prisons to allow her to be confined at FPC Marianna (FL).

4. Counsel for Defendant has contacted the Assistant United States Attorney Matthew T. Jackson and he has no objection to this motion.

**WHEREFORE**, the Defendant respectfully requests this Honorable Court enter an Order recommending that Defendant be confined at FPC Marianna (FL).

**I HEREBY CERTIFY** that on June 12, 2013 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following: Matthew T. Jackson, Assistant United States Attorney.

EBEN C. SELF, ESQ.
Florida Bar No. 972878
207 E. Livingston Street
Orlando, FL  32801
TEL: 407-236-0066
FAX: 407-236-0067
Email: ebenself@yahoo.com