**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.     CASE NO: 8:12-cr-410-T-30EAJ

DEBRA ROSE PLAISANCE
_____/

# ORDER

THIS CAUSE comes before the Court upon Defendant's Motion to Request Change of Recommendation to the Bureau of Prisons (Dkt. #73). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. Said Motion for recommendation is GRANTED.

2. The Court recommends that the Defendant be confined at FPC Marianna (FL). If defendant is placed at FPC Marianna, the Court recommends that the defendant participate in the 500 hour intensive drug/alcohol treatment program while incarcerated.

**DONE** and **ORDERED** in Tampa, Florida on June 13, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record
Bureau of Prisons c/o
U.S. Marshal's Office

*S:\Even\2012\12-cr-410.recommendation73.wpd*